ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 3 0 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:08-CR-279-P |
| | ) | |
| TREY ALLEN, P. C. | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Trey Allen, P. C., by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir.

1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty to

Count(s) One of the Information.  After cautioning and examining  Trey Allen, P. C. under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis

in fact containing each of the essential elements of such offense.  I therefore recommend that the plea

of guilty be accepted, and that Trey Allen, P. C. be adjudged guilty and have sentence imposed

accordingly.

Date:   September 30, 2008

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).